```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

AMY GONZALEZ § 
 § 
VS. § CIVIL ACTION NO. 4:14-CV-1052-Y 
 § 
AMERICAN EXPRESS COMPANY § 

## ORDER GRANTING MOTION TO DISMISS

Before the Court is Plaintiff's Motion for Dismissal (doc. 6). After review, the Court GRANTS the motion. Accordingly, all of Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE.

SIGNED January 22, 2015.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj